FILED BY ____ D.C.

05 AUG 25 PM 3: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**CHARLES HENDERSON,**

    Plaintiff,

v.

**SOUTHWEST TENNESSEE
COMMUNITY COLLEGE, formerly
State Technical Institute of Memphis,**

    Defendant.

Case No.: 03-2162 D

---

### ORDER OF REFERENCE

---

The parties in the above case have requested and been granted a judicial settlement conference. This matter is hereby referred to the magistrate judge to conduct a judicial settlement conference within the next 30 days. If the case is not resolved in the settlement conference, Plaintiff must file a response to Defendant's summary judgment motion within 15 days thereafter.

**IT IS SO ORDERED** this _24_ day of _August_, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8/29/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:03-CV-02162 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Glenwood Paris Roane
LAW OFFICE OF GLENWOOD P. ROANE, SR.
217 Exchange Ave.
Memphis, TN 38105--350

Honorable Bernice Donald
US DISTRICT COURT