IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHARLES HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO.: 03-2162 DAn |
| | ) |
| SOUTHWEST TENNESSEE | ) |
| COMMUNITY COLLEGE | ) |
| | ) |
| Defendant. | ) |

## ORDER SETTING SETTLEMENT CONFERENCE

Pursuant to the Order of Reference entered by U.S. District Court Judge Bernice B. Donald, a Settlement Conference has been scheduled for **WEDNESDAY, SEPTEMBER 7, 2005** at **10:00 A.M.** in Room 934, Ninth Floor of the Federal Building, 167 N. Main, Memphis, Tennessee.

The lead attorney who will try the case for each party must appear. In addition, the parties or representatives of corporate parties must be present at the conference and must possess **full authority** to approve any settlement. If any part of the potential liability of a party is insured, or subject to idemnity, a representative of an insurer or indemnitor with authority to pay the full policy of indemnity limits, must also be present at the conference.

Counsel shall submit to chambers, not later than three (3) days before the scheduled settlement conference, an **in camera** statement which shall include a statement of the case,

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

strengths and weaknesses for each party, citations to relevant legal authority, amount and explanation of damages claimed, current status of settlement discussions and a brief summary of any expert testimony that would likely be introduced at trial by any party. Counsel are invited to include any other matters that might assist the Magistrate Judge in negotiating a settlement. Such statements shall be for the court's review only and a copy shall **not** be provided to opposing parties. Counsel shall fax a copy of the **in camera** statement to my chambers in Jackson at (731) 421-9272.

Counsel and representatives of the parties shall be prepared to stay the entire day if necessary.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 25, 2005

2



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:03-CV-02162 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Glenwood Paris Roane
LAW OFFICE OF GLENWOOD P. ROANE, SR.
217 Exchange Ave.
Memphis, TN 38105--350

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Bernice Donald
US DISTRICT COURT