# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION



SEP 2 6 2005

AFTER HOURS DEPOSITORY
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

---

**CHARLES HENDERSON,**

    **Plaintiff,**

**Vs.**           **CIVIL ACTION NO. 03-2162 MlA**
                      **JURY DEMANDED**

**SOUTHWEST TENNESSEE**
**COMMUNITY COLLEGE, Formerly**
**State Technical Institute of Memphis,**

    **Defendants.**

---

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
### RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

Comes now the Plaintiff, by and through his counsel, and asks the Court for a two (2) week extension of time to respond to Defendant's Motion for Summary Judgment and an extension of trial date currently set for November 14, 2005 in the above-styled and numbered matter and in support states: and a

1. That the deadline has not passed.

2. That Plaintiff's counsel was served at one time with three separate Motions to Dismiss or alternatively Motion for Summary Judgment.

**MOTION GRANTED**
DATE: 10-18-2005

**BERNICE BOUIE DONALD**
**U.S. DISTRICT JUDGE**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10/19/05

3.  That Plaintiff's counsel is a sole practitioner and it is impossible to respond to this motion without an additional two weeks due to the number of depositions that have been taken.

4.  That Plaintiff's counsel begins a trial Monday, September 26, 2005, which is anticipated to last at least three days if not four.

5.  That Defendant's counsel anticipates responding to Plaintiff's Response to Motion for Summary Judgment.

6.  Defendant will not be prejudiced.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff moves the Court for a two (2) week extension to respond to Defendant's Motion for Summary Judgment an extension of the trial currently set for November 14, 2005 to allow Defendant's counsel enough time to respond to Plaintiff's counsel's Response to Defendant's Motion for Summary Judgment in the above-styled and numbered matter up to and including October 12, 2005. Plaintiff files herewith a Memorandum in support.

Respectfully Submitted

By: _____
Kathleen L. Caldwell, #9916
Laird Place - 2080 Peabody Avenue
Memphis, TN 38104
Telephone: (901) 274-2075
Facsimile: (901) 274-2085

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment** has been served by US Mail, postage paid, to the following:

**Zachary S. Griffith, Esq.**
**Assistant Attorney General**
**Office of the Attorney General**
**Civil Litigation & State Services Division**
**P.O. Box 20207**
**Nashville, TN 37202**

This the 26th day of September, 2005.

_____
Certifying Attorney

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:03-CV-02162 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

Glenwood Paris Roane
LAW OFFICE OF GLENWOOD P. ROANE, SR.
217 Exchange Ave.
Memphis, TN 38105--350

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT