FILED BY _____ D.C.

05 OCT 25 PM 2:50

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN MEMPHIS

FILED BY _____ D.C.

05 OCT 25 AM 9:53

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION
at Memphis

CHARLES HENDERSON, )
)
Plaintiff, )
)
v. )  Civil Action No. 03-2162 MlA
)  District Judge Donald
SOUTHWEST TENNESSEE )  Jury Demand
COMMUNITY COLLEGE, formerly )
State Technical Institute of Memphis, )
)
Defendant. )

## DEFENDANT'S MOTION FOR LEAVE TO REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's Scheduling Order (D.E. 15, p. 3), Defendant, Southwest Tennessee Community College ("STCC"), respectfully moves the Court for leave to reply to Plaintiff's Response to Motion for Summary Judgment.

Defendant filed simultaneously herewith its Memorandum in Support of Defendant's Motion for Leave to File Reply. Defendant asks that the Court take its Memorandum in Support into consideration when ruling on this motion.

A proposed order is attached.

### CERTIFICATE OF CONSULTATION

Defendant has consulted with opposing counsel regarding its desire to file a reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. Plaintiff DOES NOT OPPOSE this motion.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10/26/05

**MOTION GRANTED**
DATE: 10-25-2005

_/s/ Bernice B. Donald_
BERNICE B. DONALD
U.S. DISTRICT JUDGE

Doc133870

63

Respectfully submitted,

PAUL G. SUMMERS
ATTORNEY GENERAL AND REPORTER

_____
Zachary S. Griffith (#18007)
Assistant Attorney General
Civil Litigation and State Services Division
Post Office Box 20207
Cordell Hull Building, Second Floor
Nashville, Tennessee 37202-0207
Telephone: (615) 741-7932
Facsimile: (615) 741-7327
E-mail: Zack.Griffith@state.tn.us

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served by placing the same in the U.S. mail, postage prepaid, for first class delivery to:

**Kathleen L. Caldwell, Esq.**
LAW OFFICES OF KATHLEEN L. CALDWELL, P.C.,
Laird Place
2080 Peabody Avenue
Memphis, Tennessee 38104

This 24th day of October 2005.

_____
Zachary S. Griffith (18007)
Assistant Attorney General

2

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION
### at Memphis

| | |
|---|---|
| CHARLES HENDERSON,                )<br>                                                          )<br>     Plaintiff,                              )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>SOUTHWEST TENNESSEE      )<br>COMMUNITY COLLEGE, formerly )<br>State Technical Institute of Memphis, )<br>                                                          )<br>     Defendant.                           ) | Civil Action No. 03-2162 MIA<br>District Judge Donald<br>Jury Demand |

## ORDER

Defendant's Motion for Leave to File Reply to Plaintiff's Response to Motion for Summary Judgment is granted.

_____
The Honorable Bernice Donald
United States District Judge

Date:_____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:03-CV-02162 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Glenwood Paris Roane
LAW OFFICE OF GLENWOOD P. ROANE, SR.
217 Exchange Ave.
Memphis, TN 38105--350

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Bernice Donald
US DISTRICT COURT