UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION
at Memphis

| | |
|---|---|
| CHARLES HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:03-cv-02162-BBD |
| ) | District Judge Donald |
| SOUTHWEST TENNESSEE ) | Jury Demand |
| COMMUNITY COLLEGE, formerly ) | |
| State Technical Institute of Memphis, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S NOTICE OF FILING
### IN SUPPORT OF MOTIONS *IN LIMINE*

Please take notice that the following attached documents are hereby being filed with the Court in support of Defendant's Reply to Plaintiff's Response to Motion for Summary Judgment.

1. Excerpts from **Deposition of Charles Henderson (Plaintiff)**: Pages 324, 329, 369 and 370.

2. Excerpt from **Deposition of Dr. Nathan Essex**: Page 143.

3. Exhibits from **Collective Deposition Exhibits**: Exhibits Nos. 19 and 34.

4. Cited opinion not recommended for full-text publication: *Sexton v. Uniroyal Chemical Company, Inc., et al.*, 62 Fed.Appx. 615 (6th Cir. 2003).

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

**MOTION DENIED** As Moot
DATE: 11-1-2005
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

Doc134604

Respectfully submitted,

PAUL G. SUMMERS
ATTORNEY GENERAL AND REPORTER

Zachary S. Griffith (#18007)
Assistant Attorney General
Civil Litigation and State Services Division
Post Office Box 20207
Cordell Hull Building, Second Floor
Nashville, Tennessee 37202-0207
Telephone: (615) 741-7932
Facsimile: (615) 741-7327
E-mail: Zack.Griffith@state.tn.us

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served by placing the same in the U.S. mail, postage prepaid, for first class delivery to:

**Kathleen L. Caldwell, Esq.**
LAW OFFICES OF KATHLEEN L. CALDWELL, P.C.,
Laird Place
2080 Peabody Avenue
Memphis, Tennessee 38104

This 31st day of October 2005.

Zachary S. Griffith (18007)
Assistant Attorney General

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:03-CV-02162 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

John W. Dalton
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37207--020

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Glenwood Paris Roane
LAW OFFICE OF GLENWOOD P. ROANE, SR.
217 Exchange Ave.
Memphis, TN 38105--350

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Bernice Donald
US DISTRICT COURT