UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION
at Memphis

FILED BY _____ D.C.
05 NOV -2 AM 10: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **CHARLES HENDERSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:03-cv-02162-BBD |
| ) | District Judge Donald |
| **SOUTHWEST TENNESSEE** ) | Jury Demand |
| **COMMUNITY COLLEGE,** formerly ) | |
| **State Technical Institute of Memphis,** ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION *IN LIMINE*
### TO EXCLUDE THE TESTIMONY OF DR. LARRY WALKER

Defendant Southwest Tennessee Community College ("STCC") requests that the Court exclude the testimony of anticipated Plaintiff's witness **Dr. Larry Walker** from the trial set in the above captioned case. Alternatively, Defendant asks that the Court order opposing counsel not to ask for expert testimony and that Dr. Walker be ordered not to give expert testimony.

Defendant has filed its Memorandum in Support of this motion, and asks that it be considered along herewith.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11/2/05

**MOTION DENIED** As Moot.
DATE: 11-1-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

Doc134587

Respectfully submitted,

**PAUL G. SUMMERS**
**ATTORNEY GENERAL AND REPORTER**

_____
Zachary S. Griffith (#18007)
Assistant Attorney General
Civil Litigation and State Services Division
Post Office Box 20207
Cordell Hull Building, Second Floor
Nashville, Tennessee 37202-0207
Telephone: (615) 741-7932
Facsimile: (615) 741-7327
E-mail: Zack.Griffith@state.tn.us

*Counsel for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served by placing the same in the U.S. mail, postage prepaid, for first class delivery to:

**Kathleen L. Caldwell, Esq.**
LAW OFFICES OF KATHLEEN L. CALDWELL, P.C.,
Laird Place
2080 Peabody Avenue
Memphis, Tennessee 38104

This __31st__ day of __October__ 200_5_.

_____
**Zachary S. Griffith** (18007)
Assistant Attorney General

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:03-CV-02162 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

John W. Dalton
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37207--020

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Glenwood Paris Roane
LAW OFFICE OF GLENWOOD P. ROANE, SR.
217 Exchange Ave.
Memphis, TN 38105--350

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Bernice Donald
US DISTRICT COURT