UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY /6 D.C.

05 NOV -7 PM 3: 54

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

**CHARLES HENDERSON**

**JUDGMENT IN A CIVIL CASE**

v.

**SOUTHWEST TENNESSEE COMMUNITY COLLEGE**

**CASE NO: 03-2162-D**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on November 2, 2005, this cause is hereby dismissed.

APPROVED:

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

November 8, 2005
Date

THOMAS M. GOULD
Clerk of Court

(By) _____
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-8-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:03-CV-02162 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

John W. Dalton
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37207--020

Glenwood Paris Roane
LAW OFFICE OF GLENWOOD P. ROANE, SR.
217 Exchange Ave.
Memphis, TN 38105--350

Zachary S. Griffith
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Bernice Donald
US DISTRICT COURT